AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-7954

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SPORT-BLX SECURITIES INC**
was received by me on *(date)* **10-29-24**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **GEORGE HALL**, who is designated by law to accept service of process on behalf of *(name of organization)* **SPORT-BLX SECURITIES INC 80 W RIVER Rd RUMSON NJ 07760** on *(date)* **11-9-2024**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **350.00** for travel and $ _____ for services, for a total of $ **350.000**.

I declare under penalty of perjury that this information is true.

Date: **11-9-24**

*Server's signature*

**AUBREY C WEEKES PROCESS SERVER**
*Printed name and title*

**17 VERONA R Brooklyn NY 11216**
*Server's address*

Additional information regarding attempted service, etc: